UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DEVIN M. HARMON,<br>Petitioner. | NO. CV 18-0313-JLS (AGR)<br><br>JUDGMENT |

Pursuant to the Order Denying Petition for Writ of Mandamus,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 23, 2018

JOSEPHINE L. STATON
United States District Judge